IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 9 2010

MATTHEW J. DYKMAN
CLERK

MICHELLE LOPEZ,

       Plaintiff,

v.

CITY OF ALBUQUERQUE,

       Defendant.

CIV. No. 08-806 LH/ACT

## VERDICT FORM

After considering the evidence and these instructions as a whole, please answer the following questions:

1. Is the Defendant City of Albuquerque liable for subjecting Plaintiff to a sexually hostile work environment?

      Answer:    Yes X    No_____

*If the Answer to Question #1 is "no," your verdict shall be for the City of Albuquerque, and you shall not answer any further questions. The foreperson is to sign the verdict form and the jury is to return to open Court. If, on the other hand, your answer to Question #1 is "yes", you are to answer Question #2.*

2. Did Plaintiff Michelle Lopez prove that the sexually hostile work environment proximately caused damage to her?

      Answer:    Yes $\underline{\phantom{XX}X\phantom{XX}}$  No_____

*If the Answer to Question #2 is "no," you shall not answer any further questions. The foreperson is to sign the verdict form and the jury is to return to open Court. If, on the other hand, your answer to Question #2 is "yes", you are to answer Question #3.*

3. What is the total amount of damages that Plaintiff sustained?

$ _Nominal_ (medical costs to date )  *out of pocket*

Ⓢ 1,200.00

Foreperson: _____

Date: _____10 / 29 / 10_____