IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHELLE LOPEZ,**

    **Plaintiff,**

**v.**                                                                                CIV. No. 08-806 LH/ACT

**CITY OF ALBUQUERQUE,**

    **Defendant.**

## FINAL JUDGMENT

**THIS MATTER** came before the Court on October 26-29, 2010 for a jury trial. The jury returned a Verdict on October 29, 2010, finding liability of the City for a sexually hostile work environment, causing damage to Plaintiff in the amount of One-Thousand Two Hundred Dollars ($1,200.00). In accordance with the Jury Verdict, the Court hereby enters judgment in favor of Plaintiff. This Final Judgment adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that Final Judgment is entered for Michelle Lopez and against the City of Albuquerque in the amount of One-Thousand Two Hundred Dollars ($1,200.00). This case is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

_____
**SENIOR UNITED STATES DISTRICT JUDGE**