UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW MEXICO

MICHELLE L. LOPEZ,

    Plaintiff,

v.

CITY OF ALBUQUERQUE,

    Defendant.

CIV 08-0806 LH/ACT

## JUDGMENT

The court has ordered that **Plaintiff Michelle L. Lopez** is awarded to recover costs in the amount of **$3,631.86** from **Defendant City of Albuquerque** pursuant to Memorandum Opinion and Order dated 4/26/2011 (Docket No. 160).

Date: April 27, 2011

MATTHEW J. DYKMAN
CLERK OF COURT

_____
Deputy Clerk