# JUDGMENT DOCKET
## UNITED STATES DISTRICT COURT
### District of New Mexico

| Case Number | NAMES OF PARTIES | | ATTORNEY FOR CREDITOR |
|---|---|---|---|
| | Judgment Debtor | Judgment Creditor | |
| CIV 08-806 LH/ACT | City of Albuquerque | Michelle Lopez | Robert Gorence; Lauren Oliveros |

| DATE OF JUDGMENT | | | DATE OF DOCKETING | | | AMOUNT OF JUDGMENT | | | | | Rate of Interest | Where Entered | | HOW SATISFIED, REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | Month | Day | Year | DAMAGES Dollars | Cents | COSTS Dollars | Cents | TOTAL Dollars | Cents | | Book | Page |
| November | 2 | 10 | November | 02 | 10 | 1,200 | 00 | | | 1,200 | 00 | .19 | | |

I, ............ Matthew J. Dykman, CLERK ............, Clerk of the United States District Court, District of New Mexico, do hereby certify that the foregoing is a true transcript of the docket of a judgment of said Court, now of record in my office.

Witness my hand and the seal of said Court this ........26th........ day of ....May.... 20.11.

Matthew J. Dykman, CLERK Clerk

By................................................
Deputy